IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

ROBERT ROSENFELD, Derivatively On
Behalf Of FUBOTV INC.

| Plaintiff | Case Number |
|---|---|
| vs. | 21-CV-1953 (JSR) |

EDGAR BRONFMAN, JR., HENRY AHN, IGNACIO FIGUERAS,
DANIEL LEFF, LAURA ONOPCHENKO, DAVID GANDLER,
PÄR-JÖRGEN PÄRSON, AND SIMONE NARDI (Defendants)

and

fuboTV (Nominal Defendant)

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

See attached list for all Earlier Filed Cases

| Plaintiff | Case Number |
|---|---|
| vs. | See attached list for all Earlier Filed Cases |
| See attached list for all Earlier Filed Cases | |

Defendant

IH-32

Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Complaints have been filed and summons issued in both cases; however, no service or answer on file in either.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This is a derivative action against the board of directors and certain officers of fuboTV. fuboTV and two of the defendants in this action are defendants in the other actions. All actions allege similar facts and bring the same federal securities fraud claims based on the same or similar conduct, thus the cases are related. The derivative action also asserts claims for breach of fiduciary duty and waste of corporate assets.

Signature: _____    Date: _3/15/21_____

Firm: _Gainey McKenna & Egleston_____

<u>Related Earlier Filed Cases</u>

1. *Wafa Said-Ibrahim, et al. v. FuboTV, Inc., et al.*, Case 1:21-cv-01412-ALC, assigned to the Hon. Andrew L. Carter, Jr.

2. *Lee v. FuboTV, Inc., et al.*, Case 1:21-cv-01641-ALC, assigned to the Hon. Andrew L. Carter, Jr.