```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ROBERT ROSENFELD, Derivatively On   :
Behalf of FUBOTV INC.,              :
                                    :
          Plaintiff,                :
                                    :          21-cv-1953 (JSR)
          -v-                       :
                                    :              ORDER
EDGAR BRONFMAN, JR., HENRY AHN,     :
IGNACIO FIGUERAS, DANIEL LEFF, LAURA :
ONOPCHENKO, DAVID GANDLER, PÄR-JÖRGEN :
PÄRSON, and SIMONE NARDI,           :
                                    :
          Defendants,               :
                                    :
          -and-                     :
                                    :
FUBOTV INC.,                        :
                                    :
          Nominal Defendant.        :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

        This will confirm in writing the orders issued by the Court

during a telephonic conference held earlier today. First, moving

papers on defendants' contemplated motion to dismiss are due

April 21, 2021; answering papers are due May 12, 2021; and reply

papers are due May 19, 2021. Oral argument on this motion will

be held on May 28, 2021 at 11:00 a.m. Second, all discovery is

stayed pending the Court's resolution of the motion to dismiss.

        SO ORDERED.

Dated:   New York, NY

         March 31, 2021                 _____

                                        JED S. RAKOFF, U.S.D.J.