UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT ROSENFELD, Derivatively On Behalf of FUBOTV INC., <br><br> Plaintiff, <br><br> v. <br><br> EDGAR BRONFMAN JR., HENRY AHN, IGNACIO FIGUERAS, DANIEL LEFF, LAURA ONOPCHENKO, DAVID GANDLER, PÄR-JÖRGEN PÄRSON, and SIMONE NARDI, <br><br> Defendants, <br> -and- <br><br> FUBOTV INC., <br><br> Nominal Defendant. | Case No. 1:21-cv-01953 (JSR) (OTW) <br><br> [~~PROPOSED~~] ORDER APPROVING (I) DISMISSAL OF DERIVATIVE ACTION WITH PREJUDICE AND (II) NOTICE OF DISMISSAL TO CURRENT SHAREHOLDERS |

Having reviewed the Parties' Joint Motion to approve (i) the voluntary dismissal of the Derivative Action with prejudice and (ii) the proposed form of notice:

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED and:

1. The form of the proposed notice of dismissal to current shareholders, attached as Exhibit 1 to the Declaration of Thomas J. McKenna in support of the motion (the "Notice"), is approved; and

2. Within ten (10) calendar days of this Order or a longer period as agreed to by the parties, fuboTV shall (1) file a Form 8-K with the SEC attaching the Notice and (2) post the Form 8-K with the Notice to the investor relations section of fuboTV's corporate website (the "Notice Program").

3. Thirty (30) calendar days after the implementation of the Notice Program, the Derivative Action will be dismissed with prejudice

SO ORDERED:

Dated: 6/24/21

_____
The Honorable Jed S. Rakoff
United States District Judge